# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>   v.<br><br>DERRICK DERRICO,<br><br>        Defendants. | Case No. 2:16-cv-01023-APG-VCF<br><br>**ORDER DIRECTING PARTIES TO FILE JOINT STATUS REPORT** |

This court's May 6, 2016 minute order directed the parties to file a joint status report on or before June 4, 2016. No status report has been filed.

IT IS THEREFORE ORDERED that the parties shall file a joint status report on or before June 14, 2016. Failure to comply with this order may result in an order to show cause why sanctions should not issue.

DATED this 7th day of June, 2016.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE