# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

***

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>DERRICK DERRICO,<br><br>        Defendant. | 2:16-cv-01023-APG-VCF<br>**MINUTE ORDER** |

Before the court is the parties' joint status report (ECF NO. 32).

IT IS HEREBY ORDERED that a status hearing is scheduled for 10:00 a.m., July 1, 2016, in courtroom 3C.

DATED this 13th day of June, 2016.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE