# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>DERRICK DERRICO,<br><br>    Defendant. | Case No. 2:16-cv-01023-APG-VCF<br><br>**ORDER CLOSING CASE** |

In light of the satisfaction of judgment (ECF No. 35),

IT IS ORDERED that the clerk of court shall close this case.

DATED this 10th day of August, 2017.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE